UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN THE MATTER OF              )
                              )
KAREMETH J. HOLIDAY           )
                              )

<u>AFFIDAVIT FOR CRIMINAL COMPLAINT AND ARREST WARRANT</u>

I, Floyd C. Jennings, being duly sworn, depose and say:

That I am an Inspector with the Department of Homeland Security, Federal Protective Service. I have been so employed since August 11, 2008. I possess a Bachelor of Science and Master of Arts Degree in Criminal Justice, and I am a graduate of the Federal Law Enforcement Training Center at Glynco, Georgia.

On November 15th of this year, in the official capacity of a Protective Security Officer contracted by the Federal Protective Service, Officer David Fulford was performing security duties in the main lobby of the Social Security Administration Office (SSA), 1029 Camino La Costa Avenue, Austin, Texas. Officer Fulford's duties were to ensure compliance of all visiting personnel to this office in accordance with the Federal Management Regulation, Title 41, Code of Federal Regulations, Part 102-74, Subpart C, to wit: the **General Services Administration's Building Rules and Regulations Governing Conduct on Federal Property**.

On November 15th of this year, the subject, later identified as Mr. HOLIDAY, Karemeth J., did enter this Social Security Office at approximately 1:27 p.m. At 1:45 p.m., the subject was called forward to a customer service window to be served by an SSA supervisor for his request for an immediate payment. The SSA supervisor informed Mr. Holiday that no money was due to him. The subject became agitated and aggressive. The subject was asked to calm down and when he refused to comply, he was asked to depart the facility. The SSA supervisor then terminated the interview at which point Mr. Holiday became extremely disorderly and began to yell. The SSA supervisor requested the assistance of Protective Service Officer David Fulford. Officer David Fulford, a Protective Security Officer, is an officer of the United States within the meaning of 18 USC, Section 1114, and was then engaged in the performance of official duties as a contract employee of the Federal Protective Service.

Upon observing the subject's failure to comply with the SSA supervisor's direction to leave the facility and responding to the request for assistance, Officer Fulford proceeded directly to the subject and instructed him to depart the facility. Mr. Holiday refused. Officer Fulford took the subject by the arm to escort him out. It is at that point, the subject forcibly assaulted Officer Fulford by hitting him just above the left cheek with his fist. Fulford and one other SSA Protective Security Officer then made full contact with the subject to subdue him. Holiday continued to struggle with the officers, which resulted in Fulford, Holiday and the assisting Protective Security

Officer going to the floor. The subject was subsequently handcuffed and taken into custody. Holiday was also found to have two outstanding warrants.

After the altercation was over and the subject was removed from the building, Emergency Medical Services personnel transported Officer Fulford to St. David's Hospital, Round Rock, Texas, for possible head and neck injuries as a result of injuries and bodily harm inflicted by the Mr. Holiday during the physical altercation encountered in this incident.

I believe that the facts contained in this affidavit show that KAREMETH J. HOLIDAY, did forcibly assault, resist, oppose, impede, intimidate or interfere with a Protective Security Officer designated in 18 USC, Section 1114, while that person was engaged in his official duties, and is in violation of 18 USC, Section 111.

Inspector
Federal Protective Service

Subscribed and sworn to me before this 16th day of November, 2011

United States Magistrate Judge